# EXHIBIT B

**Claim Chart – TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY**

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| Indep. Cl. 1-P | A valve for preventing the flow of fluid when the temperature of the fluid is above a predetermined threshold, the valve comprising: | To the extent the preamble is limiting, TOTO USA ("Defendant") makes, uses, sells, and/or offers to sell a valve for preventing the flow of fluid when the temperature of the fluid is above a predetermined threshold.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides SAFETY THERMO® WITH SMA Thermostatic valve that comprises a housing that includes one inlet, one outlet, and a shape memory alloy.  When the alloy senses the heat above its actuation temperature, the said alloy pulls the spool and blocks ("preventing the flow of fluid") the flow of fluid.<br><br>**SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY**<br><br>Shape Memory Alloy (SMA) coil provides the key to a more reliable and enjoyable showering experience. The SMA valve features a nickel and titanium alloy coil which responds to temperature changes more quickly than traditional wax-based systems. SMA thermostatic valves are compatible with most TOTO shower components. |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology  |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | Source:  https://www.totousa.com/technologies/sma-thermostatic-valve-technology (annotated) |
| 1-a | a body having at least one opening for allowing the fluid to pass when the temperature of the fluid is below the predetermined threshold; and | Defendant provides a body having at least one opening for allowing the fluid to pass when the temperature of the fluid is below the predetermined threshold.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides SAFETY THERMO® WITH SMA Thermostatic valve which comprises a housing ("body") that includes one inlet ("at least one opening"), one outlet ("at least one opening"), and a shape memory alloy. When the water temperature ("temperature of the fluid") is below the shape memory alloy actuation temperature ("predetermined threshold"), the water passes through the valve without any obstruction. |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  |  Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology (annotated) |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | **SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY**<br><br>Shape Memory Alloy (SMA) coil provides the key to a more reliable and enjoyable showering experience. The SMA valve features a nickel and titanium alloy coil which responds to temperature changes more quickly than traditional wax-based systems. SMA thermostatic valves are compatible with most TOTO shower components.<br><br>Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology |
| 1-b | a shape memory actuator for substantially closing the at least one opening when the temperature of the fluid is above the predetermined threshold to prevent the fluid from passing; | Defendant provides a shape memory actuator for substantially closing the at least one opening when the temperature of the fluid is above the predetermined threshold to prevent the fluid from passing.<br><br>This element is infringed literally, or in the alternative, under the doctrine of equivalents.<br><br>For example, Defendant provides SAFETY THERMO® WITH SMA Thermostatic valve which comprises a housing that includes one inlet ("at least one opening"), one outlet ("at least one opening"), and a shape memory alloy ("shape memory actuator"). When the alloy senses the water temperature ("temperature of the fluid") which is above its actuation |

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | temperature ("predetermined threshold"), the said alloy changes its physical structure. The said change in physical structure pulls the spool and blocks ("prevent fluid from passing") the hot water flow by closing the inlet.<br><br> |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
| | | Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology (annotated) <br><br> **SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY** <br><br> Shape Memory Alloy (SMA) coil provides the key to a more reliable and enjoyable showering experience. The SMA valve features a nickel and titanium alloy coil which responds to temperature changes more quickly than traditional wax-based systems. SMA thermostatic valves are compatible with most TOTO shower components. <br><br> Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology |
| 1-c | wherein the valve is configured such that a flow of the fluid through the body acts to close the shape memory actuator against the at least one opening. | Defendant provides a valve for preventing the flow of fluid, wherein the valve is configured such that a flow of the fluid through the body acts to close the shape memory actuator against the at least one opening. <br><br> This element is infringed literally, or in the alternative, under the doctrine of equivalents. <br><br> For example, when the shape memory alloy ("shape memory actuator") senses the water temperature which is above its actuation temperature ("predetermined threshold"), the said alloy changes its physical structure (contracts). The change |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | in physical structure causes a pull on the spool that closes the hot water inlet ("at least one opening") to block the hot water flow through the valve. |

TOTO USA SAFETY THERMO® WITH SMA THERMOSTATIC VALVE TECHNOLOGY - Claim Chart with respect to US8695889B2

| Claim | US Patent 8,695,889 | Description of the Infringement |
|---|---|---|
|  |  | <br>Source: https://www.totousa.com/technologies/sma-thermostatic-valve-technology (annotated) |