### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| OMNITEK PARTNERS LLC, <br><br> Plaintiff, <br><br> v. <br><br> TOTO USA, INC., <br><br> Defendant. | C.A. No. 1:24-cv-00589-SDG |

### JOINT MOTION FOR EXTENSION OF TIME
### FOR DEFENDANT TO RESPOND TO COMPLAINT

Defendant TOTO USA, Inc. ("TOTO"), with consent and agreement from Plaintiff Omnitek Partners LLC, moves the Court under Federal Rule of Civil Procedure 6(b) for an order extending the time for TOTO to answer or otherwise respond to the Complaint from its current deadline of March 6, 2024 to a new deadline of and including April 5, 2024. This extension is requested due to the recent engagement of counsel by TOTO and the need for time to fully examine the Complaint and its allegations before responding.

A proposed Order granting this Joint Motion is attached for the Court's convenience.

-1-

Dated: March 5, 2024

        */s/ Warren J. Thomas*

        John W. Harbin
        (Ga. Bar No. 324130)
        Warren J. Thomas
        (Ga. Bar No. 164714)
        **MEUNIER CARLIN & CURFMAN LLC**
        999 Peachtree Street NE
        Suite 1300
        Atlanta, GA 30309
        Tel: 404-645-7700
        jharbin@mcciplaw.com
        wthomas@mcciplaw.com

        Tadashi Horie (*pro hac vice* forthcoming)
        William H. Frankel (*pro hac vice* forthcoming)
        Andrew S. McElligott (*pro hac vice* forthcoming)
        Ryan Fitzgerald (*pro hac vice* forthcoming)
        **CROWELL & MORING LLP**
        455 N. Cityfront Plaza Dr.
        Chicago, IL 60611
        (312) 321-4200

        *Attorneys for Defendant*
        *TOTO USA, LLC*